CUMMINS & WHITE, LLP
Thomas R. Lamons, P.C., Bar No. 155917
E-Mail: tlamons@cwlawyers.com
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0757
Telephone:  (949) 852-1800
Facsimile:  (949) 852-8510

Attorneys for Defendant and Cross-Claimant
DONNA YVONNE MARTIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-06-3035 VBF (PLAx) |
| Plaintiff, | **JUDGMENT ON CROSS-CLAIM** |
| vs. | |
| GARRY L. MARTIN, et al., | |
| Defendants. | |

Pursuant to the Stipulation filed by defendant and cross-claimant Donna Y. Martin and defendant and cross-claim defendant Garry L. Martin, and good cause appearing,

It is hereby ordered and adjudged that defendant Garry L. Martin is indebted to defendant and cross-claimant Donna Y. Martin for support arrearages in the amount of $170,435.  Additional support obligations continue to accrue at a rate of $750 per month, for the month of March, 2009 and subsequent months until the Subject Property is sold.

It is further ordered and adjudged that defendant and cross-claimant Donna Y. Martin has community property interests in the Subject Property.  Pursuant to the parties' property settlement, Donna Y. Martin is entitled to receive one-half of the net proceeds from the sale of the Subject Property after payment of encumbrances.

-1-

1    The Court's Judgment upon Donna Martin's Cross-Claim only determines her
2 rights against Defendant Garry L., Martin, and does not determine the interests of the
3 United States under its Federal tax liens, nor the interests of Sienna Homeowner's
4 Association, nor the priority of Donna Y. Martin's interests in the Subject Property as
5 against the United States of America nor as against Siena Homeowner's Association.

6
7
8 DATED:  May 5, 2009                _____
9                                             Hon. Valerie Baker Fairbank
10                                            Judge, United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-